**Peter HAHN, Plaintiff—Appellant,**

v.

**WILLIAMSBURG/JAMES CITY COUNTY PUBLIC SCHOOLS, Defendant—Appellee.**

No. 03–2040.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2004.

Decided: April 5, 2004.

Jonathan H. Walker, Mason, Mason, Walker & Hedrick, P.C., Newport News, Virginia, for Appellant.

Nicolas R. Foster, John R. Porter, III, Carr & Porter, L.L.C., Portsmouth, Virginia, for Appellee.

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Peter Hahn appeals the magistrate judge's order granting Defendant's motion for summary judgment on his claims under the Americans with Disabilities Act and the Rehabilitation Act.* We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hahn v. Williamsburg/James City County Pub. Sch.,* No. CA–02–156 (E.D.Va. Aug. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*